**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

───────────

**No. 25-1061**

───────────

JOHN DOE,

> Plaintiff - Appellant,

> v.

ADVENTIST HEALTHCARE SHADY GROVE MEDICAL CENTER,

> Defendant - Appellee.

───────────

Appeal from the United States District Court for the District of Maryland, at Greenbelt. Paula Xinis, District Judge.  (8:24-cv-01125-PX)

───────────

Submitted:  June 12, 2025                    Decided:  June 16, 2025

───────────

Before HARRIS and HEYTENS, Circuit Judges, and FLOYD, Senior Circuit Judge.

───────────

Affirmed by unpublished per curiam opinion.

───────────

John Doe, Appellant Pro Se.

───────────

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

John Doe appeals the district court's order denying his Fed. R. Civ. P. 59(e) motion to reopen his case.  We have reviewed the record and find no reversible error.  Accordingly, we deny Doe's motion to appoint counsel, grant Doe's motions to seal, and affirm the district court's order.  *Doe v. Adventist Healthcare Shady Grove Med. Ctr.*, No. 8:24-cv-01125-PX (D. Md. Dec. 19, 2024).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*